# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY POULSON, : | |
|    Petitioner, : | |
| : | No. 1:19-cv-1917 |
| v. : | |
| : | (Judge Rambo) |
| WARDEN FCI SCHUYLKILL, : | |
|    Respondent. : | |

## ORDER

**AND NOW**, on this 19th day of December 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 5) is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                              s/Sylvia H. Rambo
                                              Sylvia H. Rambo
                                              United States District Judge